UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN MANUEL LAMINIA
GUACHAMBALA,

                              Petitioner,

            - against -

TODD M. LYONS, *et al.*,

                              Respondents.

No. 26 Civ. 1830 (JMF)

STIPULATION AND
[PROPOSED] ORDER

WHEREAS, petitioner Christian Manuel Laminia Guachambala ("Petitioner") brought this habeas action under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") and principally seeking an order from this Court requiring that he be released;

WHEREAS, Petitioner is a native of Ecuador and citizen of Spain who was admitted to the United States on September 28, 2019, as a non-immigrant under the provisions of the Visa Waiver Program, under which he was authorized to remain in the United States for a temporary period not to exceed 90 days, *i.e.*, no longer than December 27, 2019;

WHEREAS, Petitioner remained in the United States beyond the 90-day period without authorization from the Department of Homeland Security;

WHEREAS, on March 4, 2026, ICE encountered Petitioner in the Washington Heights neighborhood of Manhattan, and after it was determined that Petitioner lacked legal authorization to remain in the United States, ICE arrested Petitioner;

WHEREAS, during processing, ICE served Petitioner with a Final Administrative Removal Order, charging him as removable pursuant to the Immigration and Nationality Act in

that, after admission as a nonimmigrant under Section 101(a)(15) of the Act, he remained in the United States for a time longer than permitted, and ICE detained Petitioner for removal to Spain;

WHEREAS, Petitioner has expressed an intent to make a request for asylum and seek referral to an immigration judge for asylum-only proceedings; and

WHEREAS, based on the specific facts and circumstances of this case, and without conceding the merits of the case, and without waiver or prejudice to the government's ability to defend its detention authority in other similar or dissimilar cases, and in the interests of preserving party and judicial resources and expediting the resolution of this case, the government has agreed to provide Petitioner with a bond hearing; therefore

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that:

1. This action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party.

2. The government shall, within 5 days of the date of the entry of the Court's so-ordering of this stipulation on the docket, provide Petitioner with an individualized bond hearing before an immigration judge at which ICE bears the burden of establishing, by clear and convincing evidence, that he poses a danger to the community or a flight risk. At that hearing, the immigration judge must consider alternative conditions of release with respect to both dangerousness and risk of flight. If the immigration judge sets a monetary bond, he or she must consider Petitioner's ability to pay in determining the appropriate bond amount.

3. The government has agreed to take this action based on the specific facts and circumstances presented in this matter, and nothing in this stipulation shall be construed as an admission of liability or wrongdoing by the government, or a concession of any rights or arguments by the government or by the petitioner; nor

shall it be construed to require the government to provide a bond hearing to any other noncitizen in similar or dissimilar circumstances, and this agreement shall in no way be used to undermine the government's litigation position in any other case.

4. The Court shall retain jurisdiction to enforce compliance with this stipulation and order.


New York, New York
March 11, 2026

THOMAS T. HECHT, P.C.
*Attorney for Petitioner*


Leonard H. Hecht, Esq.
729 Seventh Avenue, 14th Floor
New York, New York 10019
Tel.    (212) 245-5556


New York, New York
March 11, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*


Brandon M. Waterman, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.    (212) 637-2743


SO ORDERED:


HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

March 12, 2026


Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.