UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                :

CHRISTIAN MANUEL LAMINIA GUACHAMBALA,  :

                :

          Petitioner,        :

                :         26-CV-1830 (JMF)

      -v-            :

                :           ORDER

TODD M. LYONS et al.,         :

                :

          Respondents.    :

                :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Petitioner has filed a motion to alter or amend the judgment in this case under Rule 59(e) of the Federal Rules of Civil Procedure or, alternatively, for relief under Rule 60(b). *See* ECF No. 12. Respondents shall file a response **no later than April 17, 2026**. No reply may be filed absent leave of the Court.

To preserve the Court's jurisdiction pending a ruling on the motion, Petitioner shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-01935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, to preserve counsel's access to Petitioner and to facilitate resolution of the motion, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205-WJM-STV, 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-07117-BLF, 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

The Clerk of Court is directed to reopen the case.

SO ORDERED.

Dated: April 10, 2026                _____
      New York, New York             JESSE M. FURMAN
                                    United States District Judge