

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 15, 2026

By ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Laminia Guachambala v. Lyons*, No. 26-cv-1830 (JMF)

Dear Judge Furman:

      This Office represents the government in the above-referenced immigration habeas corpus action. This action was resolved by way of a stipulation and order entered on March 12, 2026. On April 10, 2026, Petitioner filed a motion seeking to reopen the case and alter/amend the judgment. The Court thereafter ordered the government to file a response to Petitioner's motion by April 17. ECF No. 13. I write respectfully to request, with Petitioner's consent, a one-business-day extension of time to file the government's response, from Friday, April 17 until Monday, April 20.

      I make this request in light of other competing deadlines this week, both on my docket and on matters that I am supervising. Further, I have an oral argument at the Second Circuit this Friday, the preparation for which is occupying a considerable portion of my time. Lastly, I am still awaiting a transcript of the bond hearing that was held pursuant to the stipulation and order entered in this case, which I intend to submit as part of the government's response. I expect to receive that transcript later this week. This is the government's first request for an extension of this deadline, and as noted above, Petitioner's counsel consents to this request.

      I thank the Court for its consideration of this request.

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

April 15, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Brandon M. Waterman*
      BRANDON M. WATERMAN
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Telephone: (212) 637-2743
      E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)