# MUSA-OBREGON LAW PC

ATTORNEYS AND COUNSELORS AT LAW
140 Grand Street, Suite 307
White Plains, New York 10601
TEL (718)803-1000
FAX (866)788-8061

S. MICHAEL MUSA-OBREGON

PETER KAPITONOV*
MARIANNY REYES
KARL J. ASHANTI
SAMI EL CHERIF
ALEIX CUADRADO
NOEL AKINSOLA
MUHAMMAD SALMAN IQBAL

MELISSA BARBOSA KOBERNITSKI
Of Counsel

*Admitted NY, NJ

MANHATTAN OFFICE
757 THIRD AVENUE, 20TH FL
NEW YORK, NY 10017

**REPLY TO WHITE PLAINS OFFICE**


*By ECF*

April 21, 2026

The Honorable Jesse Furman, U.S.D.J.
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Laminia Guachambala v. Lyons*, No. 26-cv-1830 (JMF)
*Request for Leave to Submit a brief reply to the government's Memorandum of Law.*

Dear Judge Furman:

Petitioner respectfully seeks leave to file forthwith with an already prepared reply and supporting declarations in further support of his motion to alter or amend the judgment, vacate the stipulated dismissal, and reopen the case. *The reply had already been prepared and is ready to be filed immediately so it would not delay this matter at all.*

Petitioner seeks only permission to submit a short reply because Respondents' opposition raises factual and legal arguments that warrant a response. In particular, Respondents argue that Petitioner received the "benefit of the bargain" and now seeks to "renege on the agreement," and further argue that "no such claim was raised when this action was filed," while at the same time acknowledging that the original petition alleged that "the government made no individual assessment prior to detaining Petitioner." ECF No. 16 at 2–3, 9; ECF No. 1 ¶ 19. The short reply we have already prepared would be highly probative on these points and conclusively assist the Court in addressing those points, including whether prior counsel had authority to stipulate away the habeas claims, whether ordinary contract principles apply where the client did not authorize the dismissal, and whether the original petition did in fact raise the lack of an individualized custody determination as part of the challenge to the arrest and detention.

We note that reply briefing was also originally contemplated in this case. In the parties' March 6 joint letter, the parties proposed that the Government file any opposition by March 11 and that Petitioner file any reply by March 13. ECF No. 6. Petitioner respectfully submits that a short reply here today would

therefore be consistent with the original contemplated course of briefing and would assist the Court in resolving the motion on a complete record.

Thank you for the Court's consideration.

Most respectfully submitted,

/s/ S. Michael Musa-Obregón
S. Michael Musa-Obregón
Counsel for Petitioner

Application GRANTED.

SO ORDERED.

April 21, 2026