UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                           :

CHRISTIAN MANUEL LAMINIA GUACHAMBALA,  :

                           :

          Petitioner,         :

                           :          26-CV-1830 (JMF)

     -v-                   :

                           :            ORDER

TODD M. LYONS et al.,               :

                           :

          Respondents.      :

                           :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 27, 2026, Petitioner's prior counsel Leonard H. Hecht filed a declaration answering the questions posed in the Court's April 24, 2026 Order.  *See* ECF No. 25.  In light of Mr. Hecht's submission, the parties are hereby ORDERED to confer and file a joint letter **no later than April 30, 2026**, proposing next steps, including: (1) whether and when an evidentiary hearing should be held; (2) whether further discovery in aid of such a hearing should be permitted; (3) what form the hearing should take; and (4) whether the Court should hold a conference with the parties to discuss these or any other issues.

        SO ORDERED.

Dated: April 27, 2026
      New York, New York                   _____

                                         JESSE M. FURMAN
                               United States District Judge