# MUSA-OBREGON LAW PC

ATTORNEYS AND COUNSELORS AT LAW

140 Grand Street, Suite 307
White Plains, New York 10601
TEL (718)803-1000
FAX (866)788-8061

S. MICHAEL MUSA-OBREGON
_____

PETER KAPITONOV*
MARIANNY REYES
KARL J. ASHANTI
SAMI EL CHERIF
ALEIX CUADRADO
NOEL AKINSOLA
MUHAMMAD SALMAN IQBAL

MELISSA BARBOSA KOBERNITSKI
Of Counsel

*Admitted NY, NJ

MANHATTAN OFFICE
757 THIRD AVENUE, 20TH FL
NEW YORK, NY 10017

**REPLY TO WHITE PLAINS OFFICE**

*By ECF*

April 30, 2026

The Honorable Jesse Furman, U.S.D.J.
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Laminia Guachambala v. Lyons*, No. 26-cv-1830 (JMF) Proposed Questions for Declaration of Leonard H. Hecht, Esq.

Dear Judge Furman:

Pursuant to the Court's order, the parties have conferred but have not been able to resolve this matter, and thus an evidentiary hearing would seem to be in order, preceded by a brief conference with the Court as to structure. The parties will continue to confer until the conference to streamline and resolve the matter and any anticipated issues, and will report to the Court if any further progress is achieved.

Respectfully submitted,

/s/ S. Michael Musa-Obregon
S. Michael Musa-Obregon

Counsel shall appear for an in-person conference on **May 5, 2026, at 10:45 a.m.** in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY to discuss the timing and format of a hearing.  **No later than May 4, 2026,** the parties shall file a letter (ideally jointly) setting forth their views on what the hearing will or should involve, including how many and which witnesses will testify and what questions of fact the Court needs to find.  Unless and until the Court orders otherwise, the hearing will take place in person on **May 13, 2026, beginning at 9:30 a.m.**, in Courtroom 24B.  Petitioner's counsel shall promptly advise Mr. Hecht of that date, time, and location and that, unless the Court orders otherwise, he will be required to appear for testimony.

SO ORDERED.

May 1, 2026

1